## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Office of the Governor, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 1453 C.D. 2019 |
| | : | |
| Lindsey Wanner and The Fairness Center, | : | |
| | : | |
| Respondents | : | |

**PER CURIAM**                    **O R D E R**

NOW, August 18, 2020, having considered Petitioner's application for reargument/reconsideration and Respondents' answer in response thereto, the application is denied.